MELISSA T. OMANSKY, SB# 227451
 E-Mail: omansky@lbbslaw.com
CHRISTOPHER B. EVERETT, SB# 251561
 E-Mail: cbeverett@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
NITIN MISTRY and COMFORT INN VENTURA

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA DAVIS, as guardian *ad litem* for Plaintiff N.D., an adult incapable of handing her affairs,<br><br>Plaintiffs,<br><br>v.<br><br>NITIN MISTRY; MISHY MISTRY; COMFORT INN VENTURA; and DOES 1 through 10,<br>Defendants. | CASE NO. CV10-8758 JAK (FFMx)<br><br>JUDGE: Honorable John A. Kronstadt<br><br>**ORDER RE: DISMISSAL** |

Based upon the parties' Stipulation of Dismissal filed herewith, and good cause appearing, the current trial and pretrial dates are vacated, and Case No. CV 10-8758 JAK (FFMx) is hereby dismissed in its entirety with prejudice.

Dated: September 8, 2011      _____

Honorable John A. Kronstadt
Judge, United States District Court

4835-8330-4458.1

1

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL